

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2019

No. 04-19-00020-CV

Robert M. **STONE,** Raymond S. DeLeon, and John Salas,
Appellants

v.

**THE CARLSON LAW FIRM,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16271
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on February 19, 2019. On that date, appellant filed a motion requesting a three-day extension of time to file the brief until February 22, 2019. The motion is GRANTED. Appellant's brief is due no later than February 22, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2019.

KEITH E. HOTTLE,
Clerk of Court